# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EVEIANA NAZARIO,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.<br><br>Defendant. | 1:19-cv-04349<br><br>Honorable Judge Robert W. Gettleman |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE HER *FIRST AMENDED* COMPLAINT

NOW comes EVEIANA NAZARIO ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. ("Sulaiman"), and pursuant to Fed. R. Civ. P. 15(a)(2), respectfully brings this Motion for Leave to File Her First Amended Complaint, and in support thereof, states as follows:

1. On June 27, 2019, Plaintiff filed her Complaint seeking redress for alleged violations of the Fair Debt Collection Practices Act ("FDCPA") [Dkt #1].

2. Through their respective counsels, the parties have exchanged information and documents relevant to Plaintiff's claims.

3. Upon full consideration of the documents disclosed by Defendant, Plaintiff wishes to amend her Complaint to address purported and additional claims she may have under the FDCPA.

4. Pursuant to Fed. R. Civ. Pro. 15(a)(2), a court should freely give a party leave to amend its pleading when justice requires. *See* Fed. R. Civ. P. 15(a)(2).

1

5. "Rule 15(a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962).

6. Justice would be served if Plaintiff is granted leave to amend her Complaint as it would allow Plaintiff the opportunity to seek relief for her alleged injuries based on the underlying facts as discussed by the party.

7. Plaintiff's Motion for Leave to Amend is not brought for purposes of causing undue delay, nor is it the result of bad faith or other dilatory motive. Plaintiff's Motion for Leave to Amend is designed to address the facts as discussed by the parties. This is Plaintiff's first request to amend her Complaint, and Defendant will not suffer any prejudice as a result of the amendment.

8. Counsel for Plaintiff has discussed the instant Motion with counsel for Defendant and has been advised that Defendant is unopposed to Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter an order granting Plaintiff leave to file her *First Amended* Complaint.

Dated: September 11, 2019                                  Respectfully submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim Esq. #6302103
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 575-8181 x113
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 11, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

               */s/ Nathan C. Volheim*
               Nathan C. Volheim
               Sulaiman Law Group, Ltd.
               2500 S. Highland Avenue, Suite 200
               Lombard, Illinois 60148
               Phone (630) 575-8181 x113
               Fax: (630) 575-8188
               nvolheim@sulaimanlaw.com
               *Counsel for Plaintiff*