UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVEIANA NAZARIO, <br><br> Plaintiff, <br><br> v. <br><br> DIVERSIFIED CONSULTANTS, INC., <br><br> Defendant. | Case No. 1:19-cv-04349 <br><br> Honorable Robert W. Gettleman |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on **September 18, 2019 at 9:15 a.m.,** I shall appear before the **Honorable Judge Robert W. Gettleman in Room 1703** of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE HER FIRST AMENDED COMPLAINT** which was served upon you as indicated on the Certificate of Service.

                                                          /s/ Nathan C. Volheim
                                                      SULAIMAN LAW GROUP, LTD.
                                                      Attorney for Plaintiff

Sulaiman Law Group, Ltd.
Nathan C. Volheim
2500 South Highland Ave, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Main Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

      I, Nathan C. Volheim, an attorney, certify that a true and correct copy of the foregoing **Notice of Motion** and **Plaintiff's Unopposed Motion for Leave to File Her Amended Complaint** was served via ECF, this 11th day of September, 2019, which will send notice to all parties of record

                                                    /s/ Nathan C. Volheim
                                                      Nathan C. Volheim