UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVEIANA NAZARIO, | |
| Plaintiff, | 1:19-cv-04349 |
| v. | |
| DIVERSIFIED CONSULTANTS, INC., | Honorable Magistrate Judge Gabriel A. Fuentes |
| Defendant. | |

**INITIAL STATUS REPORT**

Pursuant to Fed. R. Civ. P. 26(f) and this Court's Standing Order for Initial Status Report the parties submit the following Initial Status Report:

1. **Description of Claims and Relief Sought:**

    a. Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. §§1331 and 1337 as the action arises under the laws of the United States. Under Count I of Plaintiff's Complaint, she alleges violations to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C §1692 *et seq*, for Defendant contacting her in an impermissible way seeking collection on debt which she had no obligation to pay. Defendant admits dialing the phone number Plaintiff provided in informal discovery, however, Defendant denies any conduct that could be deemed impermissible and further denies any and all violations of the FDCPA.

    b. Plaintiff seeks statutory damages of up to $1,000.00 as provided under the FDCPA, 15 U.S.C §1692k(a)(2)(A). Additionally, Plaintiff seeks payment of her actual damages as provided under the FDCPA, 15 U.S.C §1692k(a)(3). Plaintiff also seeks payment of her costs and reasonable attorney fees as provided under the FDCPA, 15 U.S.C

1

§1692k(a)(3). Defendant denies Plaintiff suffered any damages and denies that Plaintiff is entitled to any relief.

2. **Referral Case**

Per Docket Entry #23, The matter has been referred to this Court for the purpose of holding proceedings related to discovery supervision and settlement.

3. **Discovery Schedule**

This matter is exempt from the Mandatory Initial Discovery Pilot Project

   a. Fed. R. Civ. P. 26(a)(1) disclosures are due October 1, 2019.

   b. The parties propose to issue written discovery by October 22, 2019.

   c. Discovery closes on February 26, 2019.

4. **Consideration of Issues Concerning ESI**

The parties anticipate the exchange of limited ESI during this case. The parties will work together to find a format that is agreeable and do not anticipate any areas of disagreement.

5. **Settlement**

The parties have actively discussed this matter, including informal exchange of materials and information. Plaintiff would be interested in a settlement conference. Defendant does not believe a settlement conference would be productive at this time but is open to considering a settlement conference upon the completion of discovery.

6. **Magistrate Judge Consent**

At this time the parties do not consent to have the magistrate conduct all further proceedings.

7. **Pending Motions**

None.

8. **Trial**

   N/A.

9. **Other Matters**

   None at this time.


Dated: September 25, 2019

| | |
|---|---|
| s/ Nathan Charles Volheim | s/ Syed H. Hussain |
| Nathan Charles Volheim | Syed H. Hussain |
| Sulaiman Law Group, Ltd. | Andrew E. Cunningham |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |