# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EVEIANA NAZARIO,<br><br>    Plaintiff,<br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | Case No. 1:19-cv-04349<br><br>Honorable Judge Robert W. Gettleman |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, EVEIANA NAZARIO, and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against DIVERSIFIED CONSULTANTS, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 15, 2019                          Respectfully Submitted,

| **EVEIANA NAZARIO** | **DIVERSIFIED CONSULTANTS, INC.** |
|---|---|
| /s/ Nathan C. Volheim<br>Nathan C. Volheim<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax :( 630) 575-8188<br>nvolheim@sulaimanlaw.com | /s/ Syed H. Hussain (*with consent*)<br>Syed H. Hussain<br>*Counsel for Defendant*<br>Sessions, Fishman, Nathan & Israel, LLC<br>141 West Jackson Boulevard, Suite 3550<br>Chicago, IL 60604<br>Phone: (312) 319-7022<br>shussain@sessions.legal |